UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT EVERETT PAYNTER,

    Petitioner,

v.                       CASE NO. 2:13-CV-10460
                         HONORABLE GERALD E. ROSEN

MARY K. BERGHUIS,

    Respondent.
_____/

## JUDGMENT

The above-entitled matter having come before the Court on a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, the Honorable Gerald E. Rosen, Chief United States District Judge, presiding, and in accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE.**

                         s/Gerald E. Rosen
                         Chief Judge, United States District Court

Dated:  March 22, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 22, 2013, by electronic and/or ordinary mail.

                         s/Julie Owens
                         Case Manager, (313) 234-5135