UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT EVERETT PAYNTER,

        Petitioner,

v.                          CASE NO. 2:13-CV-10460
                            HONORABLE GERALD E. ROSEN

MARY K. BERGHUIS,

        Respondent.
                                    /

## JUDGMENT

The above-entitled matter having come before the Court on a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, the Honorable Gerald E. Rosen, Chief United States District Judge, presiding, and in accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE.**

                                      s/Gerald E. Rosen
                                      Chief Judge, United States District Court

Dated: April 11, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 11, 2013, by electronic and/or ordinary mail.

                                      s/Julie Owens
                                      Case Manager, (313) 234-5135